William A. WHITE, Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 15–6439.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

William A. White, Appellant Pro Se.

Amendment 782, the court declined to further reduce Olvis' sentence.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *White v. United States,* Nos. 7:15–cv–00085–GEC–RSB; 7:08–cr–00054–JCT–1 (W.D.Va. Mar. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*